# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| JAMES R. ANDREWS and GRACE B. ANDREWS, | ) ) ) | C/A No.: 2:12-104 DCN |
| Plaintiffs, | ) ) | |
| v | ) ) | |
| 3M COMPANY, et al, | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| BARBARA J. CAMPBELL, SHELBY COAKLEY and CYNTHIA G. SPENCE, as Co-Administrators of the Estate of ERNEST GREEN, deceased, | ) ) ) ) ) | C/A No.: 2:12-105 DCN |
| Plaintiffs, | ) ) | |
| v | ) ) | |
| A.W. CHESTERTON COMPANY, et al, | ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon plaintiffs' Motions to Remand. These motions were filed on January 25, 2012.

It appears from the record that there has been nothing filed in opposition to this motion. It is therefore

**ORDERED** that the Motion to Remand is hereby **GRANTED.**

**AND IT IS SO ORDERED.**

July 5, 2012
Charleston, South Carolina

David C. Norton
United States District Judge