

| | |
|---|---|
| To: | jarmstrong@charlestoncounty.org |
| Cc: | |
| Bcc: | |
| Subject: | Andrews et al v. 3M Company et al<br>2:12-cv-00104-DCN |

Good Afternoon-

Please be advised that on July 5, 2012 an order was entered remanding the above referenced case to your court.  The case number assigned to this action in your Court is 2011-CP-10-9164.  Please confirm receipt of the order by responding to this email.

A copy of the Notice of Electronic Filing and a certified copy of the order are attached.

 

12-104 Order.pdf  NEF.pdf

The attorneys in this case are listed at the bottom of the Notice of Electronic Filing and will be responsible for sending the documents filed in Federal Court to State Court.

If you have any questions, please do not hesitate to contact me.

Thank you,

Jack Bryan
Civil Case Manager
United States District Court
Charleston Division
843.579.1437